1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                            DISTRICT OF NEVADA

6                                                      * * *

7    UNITED STATES OF AMERICA,                          Case No. 2:06-CR-53 JCM (PAL)

8                                    Plaintiff(s),                      ORDER

9              v.

10   JONATHAN RALPH TAYLOR,

11                                   Defendant(s).

12

13          Presently before the court is *USA v. Jonathan Ralph Taylor*, case no. 2:06-cr-00053-JCM-

14   PAL.  Petitioner Jonathan Ralph Taylor filed a motion to vacate, set aside, or correct a sentence

15   under 28 U.S.C. § 2255.  (ECF No. 70).

16          Briefing shall proceed as follows: respondent will have twenty-one (21) days from the date

17   of this order to file a response to the motion.  Thereafter, petitioner will have fourteen (14) days to

18   file a reply.

19          Accordingly,

20          IT IS HEREBY ORDERED that respondent shall file a response—specifically discussing

21   petitioner's arguments that petitioner's underlying convictions: (1) conspiracy to commit robbery;

22   and (2) battery by a prisoner are not "crimes of violence"—to petitioner's motion to vacate, set

23   aside, or correct a sentence pursuant to 28 U.S.C. § 2255 (ECF No. 70) no later than twenty-one

24   (21) days from the date of this order.  Petitioner shall file a reply within fourteen (14) days

25   thereafter.

26   . . .

27   . . .

28   . . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that petitioner's motion to defer ruling for thirty (30) days

2  (ECF No. 71) be, and the same hereby is, DENIED as moot.

3    DATED July 18 2017.

4  _____

5    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**