RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Jonathan Ralph Taylor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:06-cr-00053-JCM-PAL |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JONATHAN RALPH TAYLOR | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Jonathan Ralph Taylor, that the Revocation Hearing currently scheduled on June 6, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case to prepare for the revocation hearing.

2. Counsel for the defendant will be out of the jurisdiction during the currently scheduled revocation date.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of June, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN RALPH TAYLOR,<br><br>    Defendant. | Case No. 2:06-cr-00053-JCM-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 6, 2019 at 10:00 a.m., be vacated and continued to <u>June 17, 2019</u> at the hour of <u>10:00 a.m.</u>; or to a time and date convenient to the court.

    DATED June 4, 2019.

_____
UNITED STATES DISTRICT JUDGE